IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS HOBBS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-3433-CV-S-GAF |
| | ) | |
| THE HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY and | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

COMES NOW Plaintiff by and through his attorneys of record, and pursuant to the Court's Scheduling and Trial Order, makes the following expert witness disclosures:

    1.    Plaintiff may call the following medical and vocational experts who have treated and/or evaluated Plaintiff, and to testify as to their treatment, findings and conclusions:

    a.    James H. Ceaser, M.D.    (Exhibit "A", medical records of Plaintiff
           Wheeler Heart and Vascular Center  sent to Defense Counsel only under separate cover).

    b.    Michael K. Lala, M.A.    (Exhibit "B" Vocational Report of Plaintiff
           Vocational Expert  sent to Defense Counsel only under separate cover).

**SCHMIDT, KIRBY & SULLIVAN, P.C.**

\s\ **Michelle D. Voss**
Bruce K. Kirby, Bar No. 25199
Michelle D. Voss, Bar No. 43715
SCHMIDT, KIRBY & SULLIVAN, P.C.
2838 S. Ingram Mill Rd.
Springfield, MO 65804-4042
(417) 882-2828
**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

  Bruce K. Kirby and Michelle D. Voss, attorneys for Plaintiff, Dennis Hobbs, in the above entitled cause, hereby certify that on the 19th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Richard J. Pautler (Thompson Coburn, LLP) rpautler@thompsoncoburn.com by electronic mail.

                \s\ Michelle D. Voss_____
                Michelle D. Voss